2009R00800/mjs

RECEIVED
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

2009 SEP 22 A 10: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-711-NLH |
| v. | : | 18 U.S.C. §§ 1791(a)(2) and (b)(3) and 2 |
| KENNETH CHAN | : | |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about April 9, 2009, in Burlington County, in the District of New Jersey and elsewhere, the defendant,

KENNETH CHAN,

while being an inmate incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey, did knowingly possess a prohibited object, as defined in Title 18, United States Code, Section 1791(d)(1)(B), namely marijuana.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3), and Title 18, United States Code, Section 2.

A TRUE BILL

/FOREPERSON/

RALPH J. MARRA, JR.
Acting United States Attorney

CASE NUMBER: 2009R00706

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

KENNETH CHAN

## INDICTMENT FOR

18 U.S.C. §§ 1791(a)(2), (b)(3) and 2

A True Bill,

_____
Foreperson

**RALPH J. MARRA, JR.**
ACTING U.S. ATTORNEY
NEWARK, NEW JERSEY

MATTHEW J. SKAHILL
ASSISTANT U.S. ATTORNEY
856-757-5026

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| Kenneth Chan | ) Case No. 09- 711- NLH |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Kenneth Chan
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about April 9, 2009, in Burlington County, in the District of New Jersey, and elsewhere, the defendant, Kenneth Chan, did knowingly possess a prohibited object, as defined in Title 18, United States Code, Section 1791(d)(1)(B), namely marijuana.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3), and Title 18, United States Code, Section 2.

Date: 09/22/2009

*Issuing officer's signature*

City and state:     Camden, NJ

Honorable Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Kenneth Chan

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   04/11/1980

Social Security number:   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

Height:                                                                 Weight:

Sex:   male                                                          Race:

Hair:                                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   997662CB9

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: